# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

John Wyeth Scott
Attorney at Law
P. O. Box 171
Alexandria LA 71309

Toni Rachelle Martin
Attorney at Law
6007 Legacy Loop
Pineville LA 71360

## REHEARING ACTION: June 18, 2008

**Docket Number: 07  01322-CW**

**HONORABLE JACQUES M. ROY,**
**IN HIS CAPACITY AS MAYOR,**
**ET AL**
**VERSUS**
**ALEXANDRIA CITY COUNCIL,**
**ET AL**

**Writ Application from Rapides Parish Case No. 229,053**

**BEFORE JUDGES:**

Hon. John D. Saunders
Hon. Jimmie C. Peters
Hon. Michael G. Sullivan

As counsel of record in the captioned case, you are hereby notified:

**MOTION TO DISMISS MOTION FOR REHEARING GRANTED.** Applications for rehearing are not permitted from the denial of a writ application. Uniform Rules, Courts of Appeal, Rule 2--18.7.

cc: Robert Lawrence Beck Jr., Counsel for the Respondent
George Carnal Gaiennie III, Counsel for the Respondent